UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                    CHAPTER 7 CASE

Brian D Kevitt                                            CASE NO. 10-44147
Heather Kevitt
                    Debtors.                              ORDER
_____

This case came before the court on the motion of US Bank N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated May 07, 2007, executed by Brian D Kevitt and Heather A Kevitt husband and wife, recorded on May 29, 2007, as Document No. 4391003 , covering real estate located in Hennepin County, Minnesota, legally described as:

   Tract H Registered Land Survey No 447 County of Hennepin
And commonly known as 240 Monroe Avenue, Excelsior, Minnesota 55331-3029

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 16, 2010

                                          /e/ Robert J. Kressel
                                          United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/16/2010
Lori Vosejpka, Clerk, by LMH